# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Abdulrahman Jamea,**

    **Petitioner,**                                     **Case No. 2:23-cv-1699**

    **v.**                                             **Judge Michael H. Watson**

**Warden, Butler County Prison,**           **Magistrate Judge Vascura**

    **Respondent.**

## ORDER

Abdulrahman Jamea ("Petitioner") petitions for a writ of habeas corpus. ECF No. 1. The Magistrate Judge issued a Report and Recommendation ("R&R"), recommending the Court deny the petition as procedurally defaulted. ECF No. 7. The R&R notified the parties of their right to object to that recommendation and that a failure to timely object would forfeit the right to de novo review by the Undersigned as well as the right to appeal the Undersigned's adoption of the R&R. *Id.* at 14. Because the R&R was originally mailed to Petitioner at the Butler County Prison, which was not the address on the docket, the Clerk's Office re-mailed the R&R to Petitioner at the Southern Ohio Correctional Facility on December 3, 2024.[1] The Court treats December 3, 2024, as the date of issuance of the R&R.

---

[1] The originally mailed R&R was never returned as undeliverable, however.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without de novo review and **DENIES** Petitioner's petition. Further, the Court **DECLINES** to issue a certificate of appealability, **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and **DENIES** Petitioner the right to appeal in forma pauperis.

The Clerk shall enter judgment in favor of Respondent and dismiss this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**